People v Minemier (2025 NY Slip Op 07240)





People v Minemier


2025 NY Slip Op 07240


Decided on December 23, 2025


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on December 23, 2025

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, DELCONTE, AND HANNAH, JJ. (Filed Dec. 23, 2025.) 


MOTION NOS. (1453-1454/14 and 1366/15) KA 12-00210 and KA 13-

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
vKEVIN M. MINEMIER, DEFENDANT-APPELLANT.



MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied and other relief dismissed.









